In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-15-00439-CR
NO. 09-15-00440-CR
NO. 09-15-00441-CR
_____

**TYLER LEBLANC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause Nos. 22768, 22770, and 22772**

## MEMORANDUM OPINION

The trial court sentenced Tyler LeBlanc on November 17, 2014. The trial court signed certifications in which the court certified that these are plea-bargained cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). LeBlanc filed a notice of appeal on October 30, 2015. We notified the parties that LeBlanc filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). The notice of appeal at issue here was filed after LeBlanc's convictions

1

were final, and LeBlanc's three convictions are no longer subject to direct appeals. LeBlanc failed to establish that his notice of appeal was timely filed or that the Texas Court of Criminal Appeals granted an out-of-time appeal. *See generally* Tex. R. App. P. 73.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. Furthermore, we must dismiss the appeals because the trial court's certifications show the defendant does not have the right of appeal. *See* Tex. R. App. P. 25.2(d). We dismiss the appeals.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 24, 2015
Opinion Delivered November 25, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.